# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 29, 2015

Before

DAVID F. HAMILTON, *Circuit Judge*

| | |
|---|---|
| Nos. 15-2325 and 15-2554 | PAULA Y. WILLIAMS,<br>Plaintiff - Appellant<br><br>v.<br><br>OFFICE OF THE CHIEF JUDGE OF COOK COUNTY, ILLINOIS and MICHAEL ROHAN, Cook County Juvenile Probation Department Chief Executive Officer,<br>Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:13-cv-01116<br>Northern District of Illinois, Eastern Division<br>District Judge Jorge L. Alonso ||

Upon consideration of the **MOTION TO PROCEED IN FORMA PAUPERIS**, filed on July 29, 2015, by counsel for Appellant,

**IT IS ORDERED** that the motion is **GRANTED**. The appellant is granted leave to proceed in forma pauperis in these appeals.

Briefing in these consolidated appeals will proceed as follows:

Nos. 15-2325 and 15-2554                                                                                    Page 2

1. The consolidated brief and required short appendix of the appellant are due by October 29, 2015.

2. The consolidated brief of the appellees is due by November 30, 2015.

3. The consolidated reply brief of the appellant, if any, is due by December 14, 2015.

Important Scheduling Notice !

>   Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_Order_3J**(form ID: **177**)