# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | Office of the Clerk |
|---|---|
| Room 2722 - 219 S. Dearborn Street | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | www.ca7.uscourts.gov |

**FINAL JUDGMENT**

October 11, 2016

Before:

DIANE P. WOOD, Chief Judge
WILLIAM J. BAUER, Circuit Judge
ANN CLAIRE WILLIAMS, Circuit Judge

| | |
|---|---|
| Nos. 15-2325 & 16-2554 | PAULA Y. WILLIAMS, Plaintiff - Appellant<br><br>v.<br><br>OFFICE OF THE CHIEF JUDGE OF COOK COUNTY, ILLINOIS and MICHAEL ROHAN, Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:13-cv-01116<br>Northern District of Illinois, Eastern Division<br>District Judge Jorge L. Alonso | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: c7_FinalJudgment(form ID: 132)